No. 2194.—ROBERT F. TIETGENS, Tutor, etc. *v.* SUCCESSION OF KAMPER, etc.

23  219
Case 1
113  410.

No appeal lies from a judgment until it is signed by the judge.

APPEAL from the Second District Court, parish of Jefferson. *Pardee, J. A. Cazabat* and *N. Commandeur*, for plaintiff and appellee. *Henry Dugué*, for defendant and appellant.

HOWE, J. This appeal purports to have been taken from a judgment rendered December 23, 1868, and signed December 30, 1868. There were reasons for judgment filed December 8 and December 23, 1868, but not signed. There is no regular judgment in the record—certainly none that is signed.

Appeal dismissed.

Rehearing refused.